# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Cedeno*
Case No. 3:02-cr-00006-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

<u>PROCEEDINGS</u>:   ORDER FROM CHAMBERS

      The Government shall file periodic status reports with the Court of Mr. Cedeno's escapee status. The reports are due every sixty (60) days. The first report shall be filed sixty days from the date of this order, September 14, 2006. In addition to providing information to the Court, the status reports will function to hold the currently pending motion at Docket No. 33 in abeyance. As previously stated, the Court Order at Docket No. 40 will become operative upon Mr. Cedeno's return to custody with the Bureau of Prisons.

      **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>July 14, 2006</u>

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.