NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:02-cr-0006 (JKS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE TO COURT |
| vs. | ) | REGARDING THE FUGITIVE |
| | ) | STATUS OF THE DEFENDANT |
| JOSE LUIS CEDENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Jose Luis Cedeno has been listed as a fugitive after he walked away from the halfway house facility at which he was housed.  To the knowledge of the United States, Cedeno's current whereabout continue to be unknown.  The Court has directed the United States to file a status report regarding Cedeno's fugitive status.

Cedeno is still a fugitive. If Cedeno's whereabouts become known and he is apprehended and once the United States obtains this information, the United States will report back to the Court.

RESPECTFULLY SUBMITTED this day, September 14, 2006, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Stephan A. Collins
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: stephan.collins@usdoj.gov
> AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2006
a copy of the foregoing was served
electronically:


s/ Stephan A. Collins