IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>  vs.<br>JOSE LUIS CEDENO,<br>                Defendant. | Case No. 3:02-CR-00006 (JKS)<br><br>O R D E R |

      On November 27, 2005, Defendant escaped from Taft Correctional Institution. The Court is in receipt of the Government's status report at Docket No. 42 regarding Defendant's escapee status. The case is currently active due to a pending motion for return of property (Docket No. 33) and a motion for production of documents (Docket No. 38), both made by Defendant Cedeno. The Court entered an Order regarding these motions, but suspended its operation until such time as Cedeno is returned to custody. Docket No. 41. In the meantime, the Government was ordered to provide periodic status reports on Cedeno's whereabouts.

      The Court is satisfied that Defendant Cedeno will not be present anytime soon. Therefore, the pending motions shall be denied as moot without prejudice to their renewal if and when Cedeno comes back into custody. No further status reports from the Government are necessary at this time. The case is closed.

      Dated at Anchorage, Alaska, this 16th day of October, 2006.

                                                         /s/ James K. Singleton, Jr.<br>
                                                         **JAMES K. SINGLETON, JR.**<br>
                                                         United States District Judge