Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JOSE LUIS CEDENO,<br><br>    Defendant. | Case No. 3:02-cr-0006-JKS<br><br>**MOTION FOR APPOINTMENT OF COUNSEL** |


   The defendant, Jose Luis Cedeno, through counsel, asks this court for an order appointing counsel for purposes of an 18 U.S.C. § 3582(c) motion to reduce his sentence based on the retroactive amendment to the cocaine base sentencing guideline. The court originally appointed the Federal Defender to represent Mr. Cedeno because of his indigent status.  Mr. Cedeno is currently in custody in connection with the judgment in this case.  Based upon the financial affidavit filled out by him and filed under seal concurrently with this motion, it is believed that his financial circumstances prevent him from retaining private counsel.

This motion is submitted pursuant to 18 U.S.C. §§ 3006A and 3582(c)(2) and is based upon the affidavit of counsel and the CJA 23 financial affidavit filed under seal concurrently with this motion.

DATED this 23rd day of May, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 23, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ Michael D. Dieni