UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE LUIS CEDENO,<br><br>　　　　　　Defendant. | Case No. 3:02-cr-0006-JKS<br><br>**ORDER** |

After due consideration of the defendant's motion for appointment of counsel, for good cause shown, the motion is GRANTED. The Federal Defender is appointed to represent Mr. Cedeno for his motion to reduce sentence.

DATED this ____ day of _____ in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　United States District Court Judge