Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOSE LUIS CEDENO,<br><br>        Defendant. | Case No. 3:02-cr-0006-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

      Michael Dieni, being first duly sworn upon oath, deposes and states:

      1.    I was originally assigned on behalf of the federal defender to represent Mr. Cedeno in the above-captioned case. At that time, Mr. Cedeno was indigent and could not afford to hire private counsel. I have no reason to believe his financial circumstances have changed. He has prepared a CJA 23 financial affidavit, which is filed under seal concurrently with the motion for appointment of counsel.

      2.    Mr. Cedeno is currently in custody at Lompoc USP, and his incarceration results from the judgment in this matter. His release date is December 25, 2016.

3.  Mr. Cedeno has contacted me and requested that I file a motion to reduce his sentence pursuant to 18 U.S.C. 3582 based upon the so-called "crack amendment" to the sentencing guidelines. Mr. Cedeno's conviction is based upon possession of cocaine base with intent to deliver. A preliminary review of his case file suggests that he may be eligible for such a motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mike_dieni@fd.org

SUBSCRIBED AND SWORN to before me this 23rd day of May, 2008.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2011

Notary Public in and for Alaska
My Commission Expires: 3/14/2011

Certification:

I certify that on May 23, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ Michael D. Dieni

2