IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE LUIS CEDENO,<br><br>  Defendant. | Case No. 3:02-cr-00006-JKS-1<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

On May 23, 2008, Jose Luis Cedeno filed a motion for appointment of counsel for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

IT IS THEREFORE ORDERED that:

1. The Clerk of Court will confirm that the United States Attorney has received a copy of docket numbers 45-47, along with this Order.

---

[1] *See* Docket Nos. 45-47; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

2. Mr. Cedeno's application for appointment of counsel, at Docket No. 45, is GRANTED. Michael Dieni is appointed to represent Mr. Cedeno in this matter.

3. Counsel for Mr. Cedeno shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Cedeno files the motion.

5. Counsel for Mr. Cedeno may file a reply within thirty days of the filing of the response.

6. A hearing may be set upon request made after the briefing is complete.

DATED this 27th day of May 2008 at Anchorage, Alaska.

/s/ JAMES K. SINGLETON
United States District Judge