Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE LUIS CEDENO,<br><br>　　　　Defendant. | NO. 3:02-cr-00006-JKS<br><br>**NOTICE OF APPEAL** |

The defendant, JOSE LUIS CEDENO, through counsel, appeals to the United States Court of Appeals for the Ninth Circuit from the Order denying his Motion for Sentence Reduction (filed under seal at Docket No. 52).  The Order was filed under seal on September 10, 2008, at Docket No. 55.

DATED this 16th day of September 2008.

　　　　　　　　Respectfully submitted,

　　　　　　　　/s/Michael D. Dieni
　　　　　　　　Assistant Federal Defender
　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　Anchorage, AK 99501
　　　　　　　　Phone:　　907-646-3400
　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　E-Mail:　　mike_dieni@fd.org

Certification:
I certify that on September 16, 2008, a copy of the ***Notice of Appeal*** was served electronically on:

Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Stephan.Collins@usdoj.gov

/s/Mike Dieni